**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RECEIVED
02 JAN -7 PM 3:49
CLERK, U.S. DIST. COURT
ST. PAUL, MN

David M. Diaz,

Plaintiff,

vs.

Brian Warner, a.k.a. Marilyn Manson, Jimmy's Touring, Inc., Vivendi Universal, Universal Music Group, Inc., Interscope Records, Inc., Nothing Records, Inc., and ABC-XYZ Corporations,

Defendants.

Civil No.: 01-CV-2217 DWF/AJB

**STIPULATION FOR EXTENSION TO ANSWER AND ORDER FOR EXTENSION TO ANSWER**

**IT IS HEREBY STIPULATED** by and between Plaintiff David M. Diaz and Defendants Brian Warner, a.k.a Marilyn Manson and Jimmy's Touring, Inc., through their undersigned attorneys, that the time to answer for Defendants Brian Warner, a.k.a Marilyn Manson and Jimmy's Touring, Inc., be extended by ten days to January 17, 2002.

Dated: 1/7/02

NICHOLS KASTER & ANDERSON, PLLP

By: [signature]
JAMES H. KASTER #55946
Attorneys for Plaintiff
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919

Dated: 1/7/02

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

By: [signature]
PETER G. VAN BERGEN #112033
JO ANN STRAUSS #241234
Attorneys for Brian Warner, a.k.a Marilyn Manson and Jimmy's Touring, Inc.
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

JAN 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**ORDER**

**NOW, THEREFORE,** pursuant to the foregoing Stipulation of Extension to Answer as executed by the attorneys for their respective parties,

**IT IS HEREBY ORDERED** that Defendants Brian Warner, a.k.a. Marilyn Manson and Jimmy's Touring, Inc.'s time to answer is extended by ten days to January 17, 2002.

BY THE COURT

Magistrate Arthur J. Boylan
Judge of the United States District Court

Dated: January 7, 2002

673136