UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David M. Diaz,

Plaintiff,

vs.

Brian Warner, a.k.a. Marilyn Manson, Jimmy's Touring, Inc., Vivendi Universal, Universal Music Group, Inc., Interscope Records, Inc., Nothing Records, Inc., and ABC-XYZ Corporations,

Defendants.

Civil File No.: 01-CV-2217 DWF/AJB

**STIPULATION TO EXTEND TIME IN WHICH TO ANSWER COMPLAINT**
AND ORDER

Plaintiff David M. Diaz ("Diaz") and Defendant Nothing Records, Inc. ("NRI"), by and through their respective counsel hereby Stipulate and agree to the following:

1. Plaintiff served a Summons and Complaint in this matter on Defendant NRI on December 18, 2001.

2. Under the Federal Rules of Civil Procedure, Defendant NRI's Answer to said Complaint is due on January 8, 2002.

3. Plaintiff agrees to grant Defendant NRI a 20 day extension of time to Answer the Complaint. Defendant NRI's Answer to the Complaint must be served on Plaintiff no later than January 28, 2002.

DATED: January 7, 2002

NICHOLS, KASTER & ANDERSON

By: ______________________________

James H. Kaster (#53946)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919
**ATTORNEY FOR PLAINTIFF**

FILED JAN 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

DATED: January 7, 2002

**FABYANSKE, WESTRA & HART, P.A.**

By: ______________________

M.T. Fabyanske (#28022)
Scott A. Johnson (#247546)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115
**ATTORNEYS FOR DEFENDANT NOTHING RECORDS, INC.**

SO ORDERED:

DATED: January 9th, 2002

______________________
Donovan W. Frank
Judge of U.S. District Court