**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David M. Diaz,

Plaintiff,

v.

Brian Warner, a.k.a. Marilyn Mason, Jimmy's Touring, Inc., Vivendi Universal, Universal Music Group, Inc., Interscope Records, Inc., Nothing Records, Inc., and ABC-XYZ Corporations,

Defendants.

Civil File No. 01-CV-2217DWF/AJB

**STIPULATION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S SUMMONS AND COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED that the time for Defendants Vivendi Universal, Universal Music Group, Inc., and Interscope Records, Inc., to respond to Plaintiff's Summons and Complaint is enlarged to February 1, 2002.

NICHOLAS KASTER & ANDERSON, PLLP

Dated: Jan 25, 2002 By ______________________

James H. Kaster Atty No. 53946
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (6512) 338-1919

Attorneys for Plaintiff

ABRAMS & SMITH, P.A.

Dated: Jan 25, 2002 By ______________________

Jerome B. Abrams Atty No. 126627
625 Marquette Avenue
700 Northstar West
Minneapolis, MN 55402
Telephone: (612) 342-2100

Attorneys for Defendant Vivendi Universal, Universal Music Group, Inc. and Interscope Records, Inc.

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

## ORDER

Pursuant to the Stipulation of the parties, the time for Defendants Vivendi Universal, Universal Music Group, and Interscope Records, Inc. to respond to Plaintiff's Summons and Complaint is hereby enlarged to February 1, 2002.

Judge of U.S. District Court