# UNITED STATES DISTRICT COURT
## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-2217 DWF/AJB **Case Title:** David M. Diaz vs. Brian Warner, et al.

**Affidavit of Movant**

I, Scott A. Johnson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice John B. Lewis, an attorney admitted to practice in the Northern District of Ohio, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Nothing Records, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] | MN Attorney License #: 247546 | Date: February 25, 2002

**Affidavit of Proposed Admittee**

I, John B. Lewis, am currently a member in good standing of the U.S. District Court for the Northern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: John B. Lewis | Signature: [signature] | Date: 2/12/02

Attorney License Number: 00013156 (Ohio)

Law Firm Name & Address: Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485

Telephone: ( ) (216) 861-7496

Motion Granted: [signature] MMC
For the Court: Richard D. Sletten, Clerk

Date: FEB 26 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED FEB 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________