UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David M. Diaz,

Plaintiff,

vs.

Brian Warner, a.k.a. Marilyn Manson, Jimmy's Touring, Inc., Vivendi Universal, Universal Music Group, Inc., Interscope Records, Inc., Nothing Records, Inc., and ABC-XYZ Corporations,

Defendants.

Civil File No.: 01-CV-2217 DWF/AJB

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO AMEND**

---

Plaintiff David M. Diaz ("Diaz") and Defendant Nothing Records, Inc. ("NRI"), by and through their respective counsel hereby Stipulate and agree to the following:

1. Plaintiff served a Motion to Amend its Complaint in this matter on Defendant NRI on April 16, 2002.

2. The Motion to Amend is scheduled for hearing on May 7, 2002 at 9:30 a.m. in front of Magistrate Judge Arthur J. Boylan.

3. Under the District of Minnesota Local Rules, Defendant NRI's response to said motion is due on Tuesday, April 30, 2002.

4. Plaintiff agrees to grant Defendant NRI an extension of time to respond to the motion until Friday, May 3, 2002.

FILED MAY 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

DATED: April 29, 2002

NICHOLS, KASTER & ANDERSON

By: ______________________________
James H. Kaster (#53946)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919
**ATTORNEY FOR PLAINTIFF**

DATED: April 29, 2002

**FABYANSKE, WESTRA & HART, P.A.**

By: ______________________________
M.T. Fabyanske (#28022)
Scott A. Johnson (#247546)
Patrick J. Lee O'Halloran (#269074)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115
**ATTORNEYS FOR DEFENDANT NOTHING RECORDS, INC.**

SO ORDERED:

DATED: ~~April~~ May 1st, 2002

______________________________
Arthur J. Boylan
United States Magistrate Judge

N:\PL\PJL\184939.doc