UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID M. DIAZ,

Plaintiff,

v.

BRIAN WARNER, ET AL.,

Defendants.

Case No. 01-2217 DWF/AJB

**AMENDED** NOTICE OF SETTLEMENT CONFERENCE

---

Due to a conflict on the Court's calendar, you are hereby given notice that the settlement conference in the above referenced case previously scheduled to begin at 9:00 a.m. on May 24, 2002, has been rescheduled. The settlement conference will commence at **8:00 a.m. on May 24, 2002**, before the undersigned Magistrate Judge.

Dated: May 1, 2002

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAY 01 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________