UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID M. DIAZ,

Plaintiff,

v.

BRIAN WARNER, ET AL.,

Defendants.

Case No. 01-2217 DWF/AJB

NOTICE OF CANCELLATION

---

WHEREAS, the Court has received a request from defendants to postpone the settlement conference currently scheduled for May 24, 2002, at 9:00 a.m., before the undersigned United States Magistrate Judge, and

WHEREAS, the Court having received no objection to said postponement,

IT IS HEREBY ORDERED that the settlement conference on May 24, 2002, has been stricken. The parties shall contact the Court to reschedule the settlement conference.

Dated: 5/15/02

ARTHUR J. BOYLAN
United States Magistrate Judge

MAY 15 2002
FILED
RICHARD D. SLETTEN, C
JUDGMENT ENTD
DEPUTY CLERK