UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David M. Diaz,

Plaintiff,

v. **ORDER OF DISMISSAL**

Brian Warner, a.k.a. Marilyn Manson,
Jimmy's Touring, Inc., Vivendi Universal,
Universal Music Group, Inc.,
Interscope Records, Inc., Nothing Records, Inc.,
and ABC-XYZ Corporations,

Defendants.

---

Based on the stipulation of the parties, all claims asserted by Plaintiff David M. Diaz against Defendants Vivendi Universal, Universal Music Group, Inc., and Interscope Records, Inc. in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE.**

Dated: 10/25, 2002.

DONOVAN W. FRANK
Judge of United States District Court

OCT 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK