**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David M. Diaz,

Plaintiff,

v. **ORDER OF DISMISSAL**

Brian Warner, a.k.a. Marilyn Manson,
Jimmy's Touring, Inc., Vivendi Universal,
Universal Music Group, Inc.,
Interscope Records, Inc., Nothing Records, Inc.,
and ABC-XYZ Corporations,

Defendants. Civil Case No. 01-CV-2217 DWF/AJB

---

Based on the stipulation of the parties, all claims asserted by Plaintiff David M. Diaz against Defendant Nothing Records, Inc. in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE and WITHOUT COSTS.**

Dated: 11/14, 2002.

Donovan W. Frank
United States District Court Judge

FILED NOV 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David M. Diaz,

Plaintiff,

v.

**STIPULATION TO DISMISS DEFENDANT NOTHING RECORDS, INC.**

Brian Warner, a.k.a. Marilyn Manson, Jimmy's Touring, Inc., Vivendi Universal, Universal Music Group, Inc., Interscope Records, Inc., Nothing Records, Inc., and ABC-XYZ Corporations,

Defendants.

Civil Case No. 01-CV-2217 DWF/AJB

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that Plaintiff, David M. Diaz, dismisses with prejudice all claims asserted in the above-entitled action against Defendant Nothing Records, Inc., without costs.

Dated: 11/11/02

NICHOLS KASTER & ANDERSON, PLLP

By: ______________________

James H. Kaster #53946
Jennifer A. Kitchak #317056
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 338-1919

Attorneys for Plaintiff David M. Diaz

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 11-13-02

FABYANSKE, WESTRA & HART, P.A.

By: ______________________
M.T. Fabyanske (#28022)
Scott A. Johnson (#247546)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402

BAKER & HOSTETLER, LLP

John B. Lewis, Esq.
3200 National City Bank
1900 East 9th Street
Cleveland, OH 44114

Attorneys for Defendant Nothing Records, Inc.