**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David M. Diaz,

Plaintiff,

v. **ORDER**

Brian Warner, a.k.a. Marilyn Manson,
Jimmy's Touring, Inc., Vivendi Universal,
Universal Music Group, Inc.,
Interscope Records, Inc., Nothing Records, Inc.,
and ABC-XYZ Corporations,

Defendants. Court File No. 01-2217 DWF/AJB

---

After having reviewed all of the files, records and proceedings herein, and having been fully advised of said motion, the court makes the following order:

**IT IS HEREBY ORDERED** :

1. Defendant Brian Warner a/k/a Marilyn Manson shall appear for a deposition in Minneapolis, MN on or before January 15, 2003.

Dated: 11/20, 2002.

Arthur J. Boylan
Magistrate Judge, U.S. District Court

NOV 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK