**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

DAVID M. DIAZ,

Plaintiff,

Civil No. 01-2217 DWF/AJB

v.

**ORDER ON PLAINTIFF'S MOTION TO COMPEL**

BRIAN WARNER, ET AL.,

Defendants.

---

The above matter came before the Court on Plaintiff's Motion to Compel. [Document No. 67]. A hearing was held on January 23, 2003, at the U. S. Courthouse, 316 Robert St., St. Paul, Minnesota. Jennifer A. Kitchak, Esq., appeared on behalf Plaintiff David Diaz, and Theresa M. Bevilacqua, Esq., and Christopher T. Shaheen, Esq., appeared on behalf of the Defendants. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Compel is **granted** in part and **denied** in part, as provided herein. [Document No. 67].
2. In response to Plaintiff's Request No. 9, Defendant shall make available videos of all stage performances of Marilyn Manson for Plaintiff to view in California where the footage is maintained.
3. Plaintiff shall be able to copy any concert tape, but he shall bear the cost.
4. The parties shall meet and confer regarding the manner in which copies will be made and the cost of those copies. If the parties are unable to agree, they shall contact the

FILED JAN 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

undersigned prior to the date the tapes are to be viewed.

5. Defendants need not provide the material requested in Plaintiff's Request No. 7. The material requested is not relevant to Plaintiff's claims.

Dated: 1/24/03

Arthur J. Boylan
United States Magistrate Judge