UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David M. Diaz,

Plaintiff,

v.

Brian Warner a.k.a. Marilyn Manson, Jimmy's Touring, Inc., Vivendi Universal, Universal Music Group, Inc., Interscope Records, Inc., Nothing Records, Inc., and ABC-XYZ Corporations,

Defendants.

Civil File No. 01-CV-2217 DWF/AJB

**~~[PROPOSED]~~ ORDER**

This matter came before the Court pursuant to the Motion of Defendants, Brian Warner a.k.a. Marilyn Manson and Jimmy's Touring, Inc. ("Defendants"), to Compel Thomas G. Azzone to disclose discoverable information in the above-referenced matter. Having heard the arguments of counsel, having reviewed the memoranda and other submissions from the parties, and based on all the files records and proceedings therein, Defendants' Motion is **GRANTED** and,

**IT IS HEREBY ORDERED** as follows:

1. Thomas G. Azzone shall produce within 10 days to Defendants attorneys the requested discovery pursuant to the Subpoena Duces Tecum served upon him on September 18, 2002.

Date: 1/29/03

The Honorable Arthur J. Boylan
Magistrate Judge of U.S. District Court

FILED JAN 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK