UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID M. DIAZ,

Plaintiff,

v.

BRIAN WARNER, ET AL.,

Defendants.

Case No. 01-2217 DWF/AJB

NOTICE OF CANCELLATION

---

It has been brought to the Court's attention that the Defendant has filed a motion for summary judgment which is scheduled to be heard by the Honorable Donovan W. Frank on April 11, 2003, therefore the settlement conference currently scheduled to be held before the undersigned Magistrate Judge on February 24, 2003 at 1:30 p.m., has been **canceled**.

Dated: 2/5/03

ARTHUR J. BOYLAN
United States Magistrate Judge

FEB 0 6 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK