UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David M. Diaz,

Plaintiff,

**STIPULATION AND ~~PROPOSED~~ ORDER**

v.

Brian Warner, a.k.a. Marilyn Manson, and
Jimmy's Touring, Inc.,

Defendants.

Civil Case No. 01-CV-2217 DWF/AJB

---

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective undersigned attorneys, that Plaintiff's claims for Negligent Hiring, Negligent Retention and Negligent Supervision against Defendant Jimmy's Touring, Inc. are dismissed with prejudice and without costs.

Dated: 2/20/03

**NICHOLS KASTER & ANDERSON, PLLP**

By: Jennifer A. Kitchak

James H. Kaster #53946
Jennifer A. Kitchak #317056
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

Attorneys for Plaintiff

FILED FEB 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Dated: 2/20/03

DORSEY & WHITNEY LLP

By: ______________________

Christopher T. Shaheen (#0246384)
Theresa Bevilacqua (#31500X)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendants Brian Warner and Jimmy's Touring, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: Febry 24, 2003.

______________________
DONOVAN W. FRANK
Judge of United States District Court