**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

DAVID M. DIAZ,

Plaintiff,

Civil No. 01-2217 DWF/AJB

v.

**ORDER ON DISCOVERY**

BRIAN WARNER, ET AL.,

Defendants.

---

The above matter came before the Court on Plaintiff's Motion to Amend Complaint for Punitive Damages. [Document No. 61]. A telephone conference was held on April 30, 2003. James H. Kaster, Esq., appeared on behalf Plaintiff David Diaz, and Christopher T. Shaheen, Esq., appeared on behalf of the Defendants.

**IT IS HEREBY ORDERED THAT:**

1. Defendant shall make financial disclosures to Plaintiff, subject to the conditions set forth herein.

2. Defendant shall make financial disclosures only if and when the District Court Judge determines that punitive damages will be considered at trial.

3. Defense counsel shall certify to Plaintiff at least one week prior to trial that financial documents identified herein are in the possession of counsel and will be available at trial.

4. Financial disclosures shall include:

   a. Last three years of Defendant's income tax returns; and

APR 30 2003
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

b. Current bank and financial statements that Defendant has provided to lenders in the last three years.

5. Any financial disclosures will be subject to the confidentiality agreement in this case. The disclosure of financial information in open court on the public record will be subject to the discretion of the District Court.

6. The specific method of disclosure, including the procedure if the District Court decides not to bifurcate the trial, will be determined at the Final Pretrial Conference with the District Court.

Dated: 4/30/03

Arthur J. Boylan
United States Magistrate Judge