# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David M. Diaz

Case No. Civil 01-2217DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Brian Warner, a/k/a Marilyn Manson and
Jimmy's Touring, Inc.

---

( X ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that this action is dismissed on the merits and that the defendants recover their costs of the action.

DATE: 9/15/03

Donovan W. Frank, Judge
U.S. District Court of Minnesota

RICHARD D. SLETTEN, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk