# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David M. Diaz,

Plaintiff,

v.

Brian Warner, a/k/a
Marilyn Manson, and
Jimmy's Touring, Inc.,

Defendants.

Civil No. 01-2217 (DWF/AJB)

**ORDER**

Pursuant to Rule 47.2 of the Local Rules of the United States District Court - District of Minnesota, and Rule 15 of the Revised Jury Plan of the United States District Court - District of Minnesota, the Court releases the names and city of residence of the jurors in the above-entitled matter, those names being attached as Exhibit A.

Dated: September 8, 2003

DONOVAN W. FRANK
Judge of United States District Court

FILED SEP 08 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM

# DIAZ V. WARNER

CV 01-2217, JUDGE DONOVAN W. FRANK

| NAME | CITY |
|---|---|
| ANN MARTHA BRUESKE | ROCHESTER |
| MARSHA IRENE CRAMER | APPLE VALLEY |
| FRANK FRUCCI | OAKDALE |
| PAMELA DEE JONES | SAINT PAUL |
| LUKE ROBERT KOCON | HOPKINS |
| ANNA RUTH NICE | MOTLEY |
| ANN LESLIE SAPIESZKO | WOODBURY |
| RENEE DAWN VANNURDEN | ROCHESTER |
| BRIAN CRAIG WALSH | JORDAN |
| RICHARD ALLEN WILLMERT | COTTAGE GROVE |
| GAIL JOANNE WOLF | OAKDALE |
| RITA MARIE MAGNUSN ZIMMERMAN | W ST PAUL |

Exhibit A