**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David M. Diaz,

Plaintiff,

v.

**ORDER OF DISMISSAL**

Brian Warner, a.k.a. Marilyn Manson, and
Jimmy's Touring, Inc.

Defendants.

Civil Case No. 01-CV-2217 DWF/AJB

Based on the stipulation of the parties, this matter is hereby **DISMISSED WITH PREJUDICE and WITHOUT COSTS** to any party.

Dated: ~~Sept~~ October 8, 2003.

Donovan W. Frank
United States District Court Judge

FILED OCT 0 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David M. Diaz,

Plaintiff,

v.

**STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS**

Brian Warner, a.k.a. Marilyn Manson, and Jimmy's Touring, Inc..

Defendants.

Civil Case No. 01-CV-2217 DWF/AJB

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned matter shall be dismissed with prejudice, and without costs to either party.

Dated: Sept. 26, 2003

NICHOLS KASTER & ANDERSON, PLLP

By: Jennifer A. Kitchak

James H. Kaster #53946
Jennifer A. Kitchak #317056
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 338-1919

ATTORNEYS FOR PLAINTIFF

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated:

DORSEY & WHITNEY, LLP

By: ______________________________

Christopher T. Shaheen #0246384
Theresa M. Bevilacqua #031500X
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2886

ATTORNEYS FOR DEFENDANTS